■■■ In the Matter of SAAFIR A.M., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JESSICA M.L., Appellant. (Appeal No. 1.) [812 NYS2d 905]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered January 5, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Jessica M.L., the respondent in appeal No. 1 and the petitioner in appeal No. 2, appeals from the order in appeal No. 1 terminating her parental rights with respect to Saafir A.M. and the order in appeal No. 2 dismissing her petition seeking visitation with the child. Jessica M.L. may not challenge a prior order granting in part and denying in part her motion to vacate a dispositional order entered upon her default. This Court affirmed the prior order insofar as it denied the motion with respect to Saafir's half sister (*Matter of Unique M.C.*, 16 AD3d 1155 [2005], *lv dismissed* 5 NY3d 746 [2005]), and Jessica M.L. is not aggrieved by that part of the order granting her motion with respect to Saafir (*see generally* CPLR 5511; *Russo v Russo*, 275 AD2d 406 [2000]). The record of the dispositional hearing supports Family Court's determinations that termination of Jessica M.L.'s parental rights with respect to Saafir is in the child's best interests (*see Matter of Alijah XX.*, 19 AD3d 770, 772 [2005]) and that a suspended judgment was not warranted (*see Matter of Labron P.*, 23 AD3d 943, 944-945 [2005]). Finally, the order terminating the parental rights of Jessica M.L. has extinguished her right to seek visitation with Saafir (*see Matter of Jessi W.*, 20 AD3d 620 [2005]) and has thus rendered moot her appeal from the order in appeal No. 2. Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.